IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| MARY BENEFIELD, et al., | |
| Petitioners, | CIVIL ACTION NO.: 2:24-cv-104 |
| v. | |
| BRAD RAFFENSPERGER, CHRIS CARR, and MERRICK GARLAND, | |
| Respondents. | |

**O R D E R**

Respondent Garland filed a Motion to Stay. Doc. 20. Petitioners have not responded to this Motion, and the time to do so has expired, indicating there is no opposition.[1] Local R. 7.5 ("Failure to respond within the applicable time period shall indicate . . . there is no opposition to the motion."). Thus, the Court **GRANTS** Respondent Garland's unopposed Motion and **STAYS** the discovery obligations and deadlines in this case as to all Respondents, pending resolution of the motions to dismiss. Should any claims remain pending after the Court rules on the motions to dismiss, this stay shall lift automatically.

**SO ORDERED**, this 11th day of December, 2024.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Respondent's counsel notes he contacted Petitioners' counsel prior to filing the Motion to Stay, but Petitioners' counsel did not respond. Doc. 20 at 1.