AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

UNITED SOVEREIGN AMERICANS, INC., MARY BENEFIELD, CHARLICE BYRD, LYDIA A.G. DAVIDSON, DEBORAH J. DAVIS, DAVID A. CROSS, MARK DAVIS, KEVIN M. MONCLA, and FRANK H. SCHNEIDER,

Petitioners,

v.

BRAD RAFFENSPERGER, in his official capacity as the Secretary of State of Georgia, CHRIS CARR, in his official capacity as the Attorney General of Georgia, and MERRICK GARLAND, in his official capacity as Attorney General of the United States,

Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:24-cv-104

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated May 1, 2025, Respondents' motions to dismiss are granted, and Petitioners' amended petition is dismissed without prejudice. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: May 1, 2025

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020